IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUTOMATED FACILITIES MANAGEMENT CORPORATION and TANGOPOINT.COM, INC.<br><br>Plaintiffs,<br><br>v.<br><br>DPSI, IBM CORPORATION and INFOR GLOBAL SOLUTIONS<br><br>Defendants. | No. 8:08-cv-00502-JFB-TDT |

**INFOR GLOBAL SOLUTIONS (MICHIGAN), INC.'S MOTION TO DISMISS
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(4)**

Infor Global Solutions (Michigan), Inc. ("IGSM"), by its undersigned counsel, hereby moves this Court, pursuant to Fed. R. Civ. P. 12(b)(4), to dismiss the claims against "Infor Global Solutions" due to insufficient process. In the alternative, IGSM moves this Court to quash process as related to IGSM or its related entities. In support of this Motion, IGSM relies upon its Brief in Support of Motion to Dismiss and Index of Evidence in Support of Motion to Dismiss.

Dated: July 27, 2009

                              Respectfully submitted,

                              s/ Michael S. Degan
                              Michael S. Degan (NE #20372)
                              Christopher M. Bikus (NE #20951)
                              HUSCH BLACKWELL SANDERS LLP
                              1620 Dodge Street, Suite 2100
                              Omaha, NE 68102
                              Telephone: (402) 964-5000
                              Facsimile: (402) 964-5050
                              mike.degan@huschblackwell.com
                              chris.bikus@huschblackwell.com
                              ATTORNEYS FOR INFOR GLOBAL
                              SOLUTIONS (MICHIGAN), INC.

**OF COUNSEL FOR**
**INFOR GLOBAL SOLUTIONS (MICHIGAN), INC.**

Alfred W. Zaher
   Pa. Bar No. 73,814
   zaher@blankrome.com
Bruce D. George
   Pa. Bar No. 84,320
   george@blankrome.com
John Paul Oleksiuk
   Pa. Bar No. 208,021
   oleksiuk@blankrome.com
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103
Phone: (215) 569-5500
Fax: (215) 569-5555

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of July, 2009, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

> Joseph J. Zito: joe@zitotlp.com
> Amber Furbee: amber.furbee@kutakrock.com
> James M. Sulentic: james.sulentic@kutakrock.com
> John P. Passarelli: john.passarelli@kutakrock.com

I further hereby certify that I also mailed, via U.S. mail, postage pre-paid the above and foregoing to the following:

> Donald J. Curry
> Jessica Hiney
> Marc J. Pensabene
> Thomas Gabriel
> Fitzpatrick, Cella Law Firm
> 30 Rockefeller Plaza
> New York, NY 10112

s/ Michael S. Degan