IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AUTOMATED FACILITIES MANAGEMENT CORPORATION and TANGOPOINT.COM, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:08CV502 |
| vs. | ) ) | ORDER |
| DPSI, IBM CORPORATION, and INFOR GLOBAL SOLUTIONS, | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the motion of Infor Global Solutions (Michigan), Inc. to stay discovery (Filing No. 64).  Infor Global Solutions seeks a stay of any discovery related to or directed to Infor Global Solutions until the court has resolved Infor Global Solutions' Motion to Dismiss (Filing No. 57).  Infor Global Solutions contends the case should be dismissed or service of process quashed as against it because the Amended Complaint (Filing No. 23) does not properly name this company.  Infor Global Solutions argues a stay of discovery would avoid an unnecessary waste of resources should the motion to dismiss be granted.  The court notes the plaintiff has not responded to the motion to stay or the motion to dismiss.  No other party has participated in the briefing of this motion.  Upon consideration,

**IT IS ORDERED:**

1. Infor Global Solutions (Michigan), Inc. to stay discovery (Filing No. 64) is granted.

2. Infor Global Solutions (Michigan), Inc. is exempt from providing Fed. R. Civ. P. 26(a)(1)(A) disclosures or participating in discovery related to this action until **fourteen days** after a ruling on the Motion to Dismiss (Filing No. 57), if such motion is denied.

DATED this 25th day of August, 2009.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge