IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AUTOMATED FACILITIES MANAGEMENT CORPORATION and TANGOPOINT.COM, INC., | ) ) ) ) | 8:08CV502 |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| DPSI and IBM CORPORATION, | ) ) ) | |
| Defendants. | ) ) | |

On defendant IBM's unopposed oral motion, the *Markman* hearing is rescheduled to **June 24, 2010, at 9:00 a.m.**, Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 14th day of May, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge