IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **Automated Facilities Management Corporation and TangoPoint.com, Inc.,** : : : | |
| **Plaintiffs,** : : | Civil Action No. 8:08-cv-502-JFB |
| v. : : | |
| **DPSI and IBM Corporation,** : : | |
| **Defendants.** : : : | **STIPULATED ORDER OF DISMISSAL** |

Pursuant to the provisions of Fed. R. Civ. P. 41, the parties, by and through their counsel of record, hereby dismiss with prejudice all claims and counterclaims asserted by them in the above-styled action. Each side will bear its own fees and costs.

Dated: August 13, 2010

By s/ Joseph J. Zito
Joseph J. Zito, Esq.
ZITO tlp
1250 Connecticut Ave., NW
Suite 200
Washington, DC 20036
joe@zitotlp.com
(202) 466-3500

| | |
|---|---|
| Dated: August 13, 2010 | By s/ Marc J. Pensabene<br>Marc J. Pensabene, Pro Hac Vice<br>Donald J. Curry, Pro Hac Vice<br>Jessica Hiney, Pro Hac Vice<br>FITZPATRICK, CELLA, HARPER & SCINTO<br>1290 Avenue of the Americas<br>New York, NY 10104-3800<br>(212) 218 2100<br>mpensabene@fchs.com<br>dcurry@fchs.com<br>jhiney@fchs.com<br><br>- and -<br><br>John P. Passarelli #16018<br>James M. Sulentic #19610<br>Amber Allred #23708<br>KUTAK ROCK LLP<br>The Omaha Building<br>1650 Farnam Street<br>Omaha, NE  68102 2186<br><br>(402) 346 6000<br>john.passarelli@kutakrock.com<br>james.sulentic@kutakrock.com<br>amber.allred@kutakrock.com<br><br>Counsel for Defendant IBM Corporation |

SO ORDERED.
SIGNED this  19  day of  Aug., 2010.

_____
United States District Judge Joseph F. Bataillon

CERTIFICATE OF SERVICE

      I hereby certify that on August 13, 2010 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that on the same day, the foregoing was also sent via electronic mail to the counsel of record listed below:

Counsel for Plaintiffs

Joseph J. Zito
ZITO tlp
joe@zitotlp.com


Counsel for Defendant DPSI

Christopher M. Bikus
Michael S. Degan
Robert C. Haldiman
Husch Blackwell Sanders LLP
chris.bikus@huschblackwell.com
mike.degan@huschblackwell.com
robert.haldiman@huschblackwell.com